CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (Rev. 5/99)

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED<br>Arick Graham Dail | | | VOUCHER NUMBER |
|---|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER<br>CR207-00001-001 | 5. APPEALS DKT./DEF. NUMBER<br>07-15343-J | | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (Case Name)<br>USA vs. Arick Dail | 8. PAYMENT CATEGORY<br>☐ Felony ☐ Petty Offense<br>☐ Misdemeanor ☐ Other<br>☐ Appeal | 9. TYPE PERSON REPRESENTED<br>☒ Adult Defendant ☐ Appellant<br>☐ Juvenile Defendant ☐ Appellee<br>☐ Other: | | 10. REPRESENTATION TYPE<br>(See Instructions)<br>Court Appointed |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
See Exhibit "A" attached hereto

REQUEST AND AUTHORIZATION FOR TRANSCRIPT

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED (Describe briefly)
Appeal

13. PROCEEDING TO BE TRANSCRIBED (Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).
Sentencing

14. SPECIAL AUTHORIZATIONS
   A. Apportioned Cost ___ % of Transcript with (Give case name and defendant)
   B. ___ Expedited ___ Daily ___ Hourly Transcript ___ Realtime Unedited Transcript
   C. ___ Prosecution Opening Statement ___ Prosecution Argument ___ Prosecution Rebuttal
      ___ Defense Opening Statement ___ Defense Argument ___ Voir Dire ___ Jury Instructions
   D. In this multi-defendant case, commercial duplication of transcript will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

JUDGE'S INITIALS

15. ATTORNEY'S STATEMENT
As the attorney for the person represented who is named above, I hereby affirm that the transcript request is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

Signature of Attorney: [signed]  Date: 11/29/07
Joseph C. Kitchings (Printed Name)
Telephone Number: (912) 545-2191
☒ Panel Attorney ☐ Retained Attorney ☐ Pro-Se ☐ Legal Organization

16. COURT ORDER
Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 15 is hereby granted.

Signature of Presiding Judicial Officer or By Order of the Court
Date of Order: 1-2-08    Nunc Pro Tunc Date: 11-29-07

CLAIM FOR SERVICES

17. COURT REPORTER/TRANSCRIBER STATUS
☒ Official ☐ Contract ☐ Transcriber ☐ Other

18. PAYEE'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS
C. Jean Mobley
801 Gloucester Street, Suite 207
Brunswick, GA 31521
Telephone Number: 912 280-1348

19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE
58- 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

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | 1-13 | 13 | 3.65 | | | 47.45 |
| Copy | | | | | | |
| Expenses (Itemize) | | | | | | |
| | | | | TOTAL AMOUNT CLAIMED: | | |

21. CLAIMANT'S CERTIFICATION OF SERVICES PROVIDED
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee: C Jean Mobley    Date: 12-28-07

ATTORNEY CERTIFICATION

22. CERTIFICATION OF ATTORNEY OR CLERK
I hereby certify that the services were rendered and that the transcript was received.

Signature of Attorney/Clerk: [signed]    Date: 1/2/08

APPROVED FOR PAYMENT

23. APPROVED FOR PAYMENT
Signature of Judicial Officer/Clerk of Court: [signed]    Date: 1-2-08

24. AMOUNT APPROVED
$47.45