UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2008 MAY -9 AM 11: 11

CLERK
SO. DIST. OF GA.

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | CR207-00001-001 |
| | ) | |
| ARICK GRAHAM DAIL | ) | |

## ORDER

The Court recommends to the Bureau of Prisons that the aforementioned defendant, upon his completion of the B.R.A.V.E. program at the Federal Correctional Institution Beckley, West Virginia, be transferred, if qualified, to the institution located in Jesup, Georgia.

**SO ORDERED**, this 9 day of May, 2008.

_____
Judge, U.S. District Court