IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| v. | * | CR 207-001 |
| ARICK GRAHAM DAIL, | * | |

**O R D E R**

Currently before the Court is Arick Dail's motion to reconsider the Court's denial of his motion to reduce his sentence. (Doc. 90.) Because Mr. Dail has not provided an adequate justification to reconsider the motion to reduce, his motion for reconsideration is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia this ___ day of April, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA